*May 7, 1940.*

HOFFMANN, Respondent, vs. FICHAUX and another, Appellants.

For the appellants: *John C. Fellenz* of Milwaukee.
For the respondent: *M. J. Levin* of Milwaukee.

*By the Court.*——Judgment affirmed.